Cervando MOROYOQUI–MENCES,
Petitioner—Appellant,

v.

Harley LAPPIS, Director of Federal Bureau of Prisons, Defendant—Appellee,

Gilbert Carmona, Warden, CCA; et al., Respondents—Appellees.

No. 05–16743.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2006.*

Decided July 21, 2006.

Robert J. McWhirter, Esq., FPDAZ—Federal Public Defender's Office, Phoenix, AZ, for Petitioner–Appellant.

Linda C. Boone, Esq., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Defendant–Appellee, Respondents–Appellees.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM ***

Appellant's unopposed motion to lift the stay of appellate proceedings in light of *Jonah R. v. Carmona,* 446 F.3d 1000 (9th Cir.2006) is granted.

In light of the intervening precedent of *Jonah R. v. Carmona,* 446 F.3d 1000 (9th Cir.2006), we vacate the sentence and remand for proceedings consistent with *Jonah R. v. Carmona.*

All pending motions are denied as moot.

**VACATED AND REMANDED.**

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.